**FILED**

DEC 0 5 2014

Clerk, U.S. District and
Bankruptcy Courts

(01/11)

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

IN RE:                       )     Case No.: 1:03-00024

     Angela J. Pinckney      )

                 Debtor  )     Chapter 13

                       )

### PETITIONER'S RESPONSE TO
### TRUSTEE'S RESPONSE TO APPLICATION FOR RELEASE OF UNCLAIMED
### FUNDS PURSUANT TO 28 U.S.C. § 2042 AND BANKRUPTCY RULE 3011

       Comes now Brian J. Dilks, Attorney in fact for Angela Sanders f/k/a Angela Pinckney, and, in response to Trustee's Response to the application for unclaimed funds, previously submitted on behalf of the Debtor, Angela J. Pinckney on November 24, 2014 (Docket # 52), states as follows:

1. Although Dilks & Knopik, LLC is able to view the Docket Report, Docket Item #50 (The Trustee's report of unclaimed funds), is not available for review by Dilks & Knopik, LLC through the court's PACER system.
2. As we are unable to view the Trustee's Report, our application relied on the information available through the "Public Notice – Unclaimed Funds" page present at this court's website (*http://www.dcb.uscourts.gov/dcb/unclaimed_funds*) for the address information. The entry therein lists the address as 561**6** 9th St. NW, Washington, DC 20011. As the party list correctly listed the Debtor's address (561**5** 9th St. NW, Washington, DC 20011) and the debtor continues to use this address, at the time of the preparation of our filing, it was a reasonable inference that this difference <u>may</u> have prevented the delivery of the original dividend check.
3. Our application is solely against case # 03-00024 for the benefit of Angela Sanders f/k/a Angela Pinckney. We make no allegation or request for relief against Case # 09-00303.
4. We accept the Trustee's response in regard to the address that she used to attempt to mail the dividend check to Ms. Sanders. However, regardless of the address that was used to mail the original dividend check, the primary motivation for our application remains unchanged: the dividend check sent to Angela Pinckney n/k/a Angela Sanders remains unpaid. We respectfully request these funds.

Signature:                                 

                        Brian J. Dilks, Managing Member
                        Dilks & Knopik, LLC
                        425-836-5728



RECEIVED
Mail Room

DEC - 5 2014

Angela D. Caesar, Clerk of Court
U.S. Bankruptcy Court, District of Columbia

Certificate of Service

I hereby certify that copies of the foregoing Petitioner's Response to Trustee's Response to Application for Release of Unclaimed Funds were mailed, postage prepaid, this December 1, 2014 to:

Cynthia A. Niklas, Trustee
4545 42nd St NW #211
Washington, DC 20016-4623

Joseph A. Guzinski
U.S. Trustee's Office
115 South Union Street #210, Plaza Level
Alexandria, VA 22314

U.S. Attorney's Office
555 4th Street, N.W. – 5th Floor
Washington, DC 20001

Angela J. Pinckney
5615 9th Street NW
Washington, DC 20011

Signature:

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
425-836-5728



## Public Notice - Unclaimed Funds

Please refer to Information Regarding Unclaimed Funds for instructions and forms.

You may search the unclaimed listings below by case name, case number, recipient name or leaving all fields blank to return a complete list.

Use the form below to search the unclaimed funds lists (leave all fields blank to return the complete list).

| Case (Debtor) Name: | Case Number: | Recipient Name: | |
|---|---|---|---|
| pinckney | | | Apply |

| Case (Debtor) Name | CaseNumber▲ | Recipient Name / Address | Amount |
|---|---|---|---|
| ANGELA PINCKNEY | 1:03-bk-00024 | ANGELA PINCKNEY<br>5616 9TH ST, NW<br>WASHINGTON, DC 20011 | $415.38 |

United States Bankruptcy Court - Suite 1225 - 333 Constitution Avenue, N.W. - Washington, D.C. 20001

Clerk's Office Phone Number: (202) 354-3280